JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE STEWART, | Case No. EDCV 10-1463-PSG (OP) |
| Petitioner, | J U D G M E N T |
| v. | |
| M. McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2/1/11

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge